## ARMSTRONG, et v DEVLIN, Admrx

Ohio Appeals, 2nd Dist, Clark Co

Decided June 6, 1929

For full opinion see 175 NE 709; 38 Oh Ap 334 (Oh Bar 7-21-31).